<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1346**

_____

ELDER DEFORRORRORA LOCUST,

Plaintiff - Appellant,

versus

JAMES S. PERRY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge. (CA-02-18-H)

_____

Submitted:  September 19, 2002      Decided:  September 25, 2002

_____

Before LUTTIG, WILKINS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Elder Deforrorrora Locust, Appellant Pro Se.  James Stockton Perry, PERRY, PERRY & PERRY, Kinston, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elder Deforrorrora Locust appeals in this civil case, arguing that the district court improperly failed to grant his motion for default. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED